IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOUY PREK,

        Plaintiff,                No. CIV S-04-2551 FCD GGH

    vs.

JO ANNE B. BARNHART,               ORDER
Commissioner of Social Security,

        Defendants.
_____/

        All parties have stipulated that this action be dismissed. Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).

DATED: May 12, 2005

                                          /s/ Frank C. Damrell Jr.
                                          FRANK C. DAMRELL JR.
                                          United States District Judge

prek2551.dis

1